**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
In re: THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE,

        Debtor,

CLAIMANT 90565

        Claimant-Appellant,

        -v-                                       23 **CIVIL** 6805 (CM)

                                                             **<u>JUDGMENT</u>**

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE,

        Defendant-Appellee.
-----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 31, 2024, the order of the Bankruptcy Court is AFFIRMED. This constitutes the decision and order of this court on appeal.

**Dated:**  New York, New York

      June 3, 2024

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                           **Clerk of Court**

                               **BY:**        *K. Mango*
                                                          _____
                                                           **Deputy Clerk**